IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY S. HUNTER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-590 |
| | : | |
| v. | : | |
| | : | |
| JOSEPH J. DIPRIMIO, JEAN CARTER, | : | |
| BRIAN E. FROSH, and BALTIMORE | : | |
| CITY OFFICE OF CHILD SUPPORT, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 30th day of June, 2015, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall mark the case as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.